IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| DANNY A. HILLMAN | § | |
| VS. | § | CIVIL ACTION NO. 9:20cv223 |
| MICHELLE HILLMAN, ET AL. | § | |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Danny Hillman, proceeding *pro se*, filed this civil rights lawsuit. This matter was referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636 for conclusions of law, and recommendations for the disposition of the case.

Plaintiff has filed a motion seeking a preliminary injunction (doc. no. 23). At the time he filed his motion, plaintiff was incarcerated at the Eastham Unit of the Texas Department of Criminal Justice, Correctional Institutions Division ("TDCJ-CID"). According to the website operated by TDCJ-CID, plaintiff has been transferred to the Gist Unit.[1] A transfer to another correctional facility renders a claim for injunctive relief based on conditions at a litigant's former correctional facility moot. *Cooper v. Sheriff, Lubock County*, 929 F.2d 1078 (5th Cir. 1991); *Beck v. Lynaugh*, 842 F.2d 759 (5th Cir. 1988). As a result, plaintiff's motion for a preliminary injunction should be denied as moot.

### Recommendation

Plaintiff's motion for a preliminary injunction should be denied as moot.

---

[1] The Clerk shall change the court's docket sheet to reflect that plaintiff is now at the Gist Unit.

## Objections

Within 14 days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained herein within 14 days after service shall bar an aggrieved party from *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Services Automobile Association,* 79 F.3d 1415, 1429 (5th Cir. 1996) *(en banc)*; 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 13th day of November, 2023.

_____
Zack Hawthorn
United States Magistrate Judge